## McCurdy *v.* Pop et al., Appellants.

Argued November 15, 1972. *Cyril T. Garvey* and *Robert E. Jamison,* with them *Evans and Garvey,* and *Jamison and Jones,* for appel-

lants; *Ronald T. Heiman*, with him *Rodgers, Marks, Irwin & Perfilio*, for appellee.
Order affirmed.